BRIAN C. SHAPIRO
ATTORNEY AT LAW:  192789
LAW OFFICES OF LAWRENCE D. ROHLFING
12631 EAST IMPERIAL HIGHWAY, SUITE C-115
SANTA FE SPRINGS, CALIFORNIA  90670-4756
TEL: 562/868-5886
FAX: 562/868-5491
Email:  brian_rohlfing.office@speakeasy.net

Attorney for Plaintiff LYDIA L. SIMS

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LYDIA L. SIMS, | ) No.  1:09-CV-0399 TAG |
| Plaintiff, | ) STIPULATION TO DISMISSAL |
| v. | ) |
| MICHAEL J. ASTRUE<br>Commissioner of Social Security, | ) |
| Defendant. | ) |

The parties, through their undersigned counsel of record, HEREBY STIPULATE, subject to the approval of the Court, to a dismissal of the above-captioned matter, pursuant to Rule 41 (a)(1)(ii) of the Federal Rules of Civil Procedure.  Each party shall bear his/her own costs and expenses.

///

///

///

///

///

| | | |
|---|---|---|
| 1 | DATED: July 28, 2009 | LAW OFFICES OF LAWRENCE D. ROHLFING |
| 2 | | */s/ - Brian C. Shapiro* |
| 3 | | _____ |
| 4 | | BRIAN C. SHAPIRO<br>Attorney for LYDIA L. SIMS |

7  DATED:  July 28, 2009         LAWRENCE G. BROWN
                                 Acting United States Attorney

9                                       */S/-Shea Bond*
10                                _____
                                  SHEA L. BOND
11                                SPECIAL ASSISTANT AUSA
12                                Attorney for Defendant
                                  [*By via e-mail authorization 7/28/09]

1    IT IS HEREBY ORDERED, based on the stipulation by and between the
2 parties, through their respective counsel, that the court dismisses the above matter
3 without prejudice. Each side to bear his/her own costs and expenses, including but
4 not limited to attorney's fees.

5

6 IT IS SO ORDERED.

7    Dated:   **July 30, 2009**                              /s/ *Dennis L. Beck*
8                                                           UNITED STATES MAGISTRATE JUDGE